UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOISES-LENA JEAN-LOUIS,

                Plaintiff,

-against-

LONG ISLAND BUSINESS INSTITUTE, et al.,

                Defendants.

22-CV-1263 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued June 27, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    June 27, 2022
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge